```
 1 │ ANDRÉ BIROTTE JR.
   │ United States Attorney
 2 │ ROBERT E. DUGDALE
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │ P. GREG PARHAM
   │ California Bar No. 140310
 6 │ Assistant United States Attorney
   │ Asset Forfeiture Section
 7 │    Federal Courthouse, 14th Floor
   │    312 North Spring Street
 8 │    Los Angeles, California 90012
   │    Telephone: (213) 894-6528
 9 │    Facsimile: (213) 894-7177
   │    E-mail: Greg.Parham@usdoj.gov
10 │
   │ Attorneys for Plaintiff
11 │ United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CV 11-02074 CBM(CWx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $171,900.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JASON BARBOUR AND HILLIARY BARBOUR, | ) | |
| | ) | |
| Claimants. | ) | |

    This action was filed on March 10, 2011.  Notice was given and published in accordance with law.  Claimants Jason Barbour and Hilliary Barbour (collectively, "claimants") filed a verified

1 claim on April 15, 2011 and an answer on May 5, 2011.  Plaintiff
2 and claimants have reached an agreement that is dispositive of
3 the action.  The parties hereby request that the Court enter this
4 Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $161,900.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $10,000.00 of the defendant currency, without any interest, shall be paid to claimants by electronic transfer directly into a financial institution account designated by claimants' counsel within six weeks of the government's receipt of the information needed to process the payment. Claimants' counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent

judgment.

5. Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: June 15, 2012

_____
THE HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

```
 1    Approved as to form and content:

 2    Dated: June      , 2012        ANDRÉ BIROTTE JR.
                                     United States Attorney
 3                                   ROBERT E. DUGDALE
                                     United States Attorney
 4                                   Chief, Criminal Division
                                     STEVEN R. WELK
 5                                   Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
 6
                                     _____
 7                                   P. GREG PARHAM
                                     Assistant United States Attorney
 8                                   Asset Forfeiture Section

 9                                   Attorneys for Plaintiff
                                     United States of America
10
11    Dated: June      , 2012

12                                   _____
                                     MARK WAECKER
13                                   Attorney for Claimants
                                     JASON BARBOUR AND HILLIARY BARBOUR
14
15    Dated: June      , 2012

16                                   _____
                                     JASON BARBOUR
17                                   Claimant

18    Dated: June      , 2012

19                                   _____
                                     HILLIARY BARBOUR
20                                   Claimant
```

4